O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$23,357.00 IN U.S. CURRENCY,<br><br>Defendant. | Case No. 8:17-cv-01632-DOC (KESx)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. (Dkt. 20.) No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

IT IS THEREFORE ORDERED that (1) Plaintiff the United States of America's Motion for Entry of Default Judgment is GRANTED (Dkt. 16), and (2) judgment be entered decreeing that all rights, title, and interest of known potential claimant Nicky Brown Alice, and all unknown potential claimants in and to the defendant $23,357.00 in currency are condemned and forfeited to the United States of America.

DATED: June 19, 2018

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE