JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$23,357.00 IN U.S. CURRENCY,<br><br>Defendant. | Case No. 8:17-cv-01632-DOC (KESx)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, AND DECREED that all rights, title, and interest of known potential claimant Nicky Brown Alice, and all unknown potential claimants in and to the defendant $23,357.00 in currency are condemned and forfeited to the United States of America.

DATED: June 19, 2018

*/s/ David O. Carter*
_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE